THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NICADEMUS ORLANDO JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-900-ID |
| | ) | WO |
| OFFICER ANTHONY MCLENDON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On October 29, 2010, the Magistrate Judge filed a Recommendation (Doc. 4) in this case, and a Supplemental Recommendation (Doc. 7) on November 10, 2010. Plaintiff has not filed timely objections to the Supplemental Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED;

2. Plaintiff's Objections to the Recommendation (Doc. 5) be OVERRULED;

3. Plaintiff's complaint challenging events which occurred on April 5, 2008 be DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as Plaintiff failed to file the complaint with regard to these allegations within the time prescribed by the applicable period of limitation; and

4.     This complaint be DISMISSED prior to service of process.

Done this 1st day of December, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE